IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALERXI RONDON REYES,** | : | **CIVIL ACTION** |
| *Petitioner,* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **JL JAMISON, in his official capacity as Warden** | : | **No. 26-cv-1324** |
| **of Federal Detention Center, Philadelphia,** | : | |
| **et al.,** | : | |
| *Respondents.* | : | |

## <u>ORDER</u>

**AND NOW**, this **2nd** day of **March 2026**, upon review of Petitioner Alerxi Rondon Reyes' Petition for a Writ of Habeas Corpus (the "Petition") (ECF No. 1), it is hereby **ORDERED** as follows:

1. Respondents shall **NOT TRANSFER** Petitioner outside the jurisdiction of the Eastern District of Pennsylvania without further order of the Court.

2. Petitioner shall make **IMMEDIATE AND PROPER SERVICE** of the Petition (ECF No. 1) and the instant Order on Respondents, and shall file proof of service, on or before **March 5, 2026** at **12:00 p.m. (noon)**.

3. Petitioner shall **EMAIL** the Petition (ECF No. 1) and the instant Order to the following email addresses at the U.S. Attorney's Office for the Eastern District of Pennsylvania, on or before **March 4, 2026** at **12:00 p.m. (noon)**:

    - desiree.wilkins@usdoj.gov;

    - anthony.stjoseph@usdoj.gov;

    - susan.becker@usdoj.gov;

    - gregory.david@usdoj.gov.

4. The United States Attorney's Office for the Eastern District of Pennsylvania shall assign an Assistant United States Attorney ("AUSA") to the above-captioned matter and that AUSA shall enter their appearance for Respondents, on or before **March 6, 2026** at 12:00 p.m. (noon).

5. Respondents shall file a response to the Petition on or before **March 16, 2026 at 12 p.m. (noon)**.

6. Petitioner shall file a reply in support of the Petition within **seven (7) days** after service of the response.

7. The Clerk of Court is **DIRECTED** to provide a copy of this Order to the United States Attorney's Office for the Eastern District of Pennsylvania and reflect the same on the docket.

**BY THE COURT:**

**/s/ Chad F. Kenney**

_____

**CHAD F. KENNEY, JUDGE**