IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALERXI RONDON REYES, | : | CIVIL ACTION |
| *Petitioner* | : | |
| | : | |
| v. | : | |
| | : | |
| J.L. JAMISON, in his official capacity as | : | |
| the Warden of the Federal Detention | : | |
| Center, et al., | : | |
| *Respondent*s. | : | NO. 26-1324 |

## ORDER

**AND NOW**, this **9th** day of **April 2026**, upon consideration of Petitioner Alerxi Rondon Reyes' Petition for Writ of Habeas Corpus (ECF No. 1), Petitioner's Notice of Factual Update (ECF No. 6), the Response in Opposition to Petition for Writ of Habeas Corpus (ECF No. 8), Respondents' Supplemental Evidence in Support of Opposition (ECF No. 10), Petitioner's Reply in Support of His Petition for a Writ of Habeas Corpus (ECF No. 12), and the docket, it is hereby **ORDERED** as follows:

1. The Petition for Writ of Habeas Corpus (ECF No. 1) is **DENIED** for the reasons stated in the accompanying Memorandum Opinion.

2. Any restrictions imposed on Petitioner's location by this Court are now lifted.

3. The Clerk of the Court is **DIRECTED** to **CLOSE** the above-captioned matter.

BY THE COURT:

/s/ Chad F. Kenney

_____

**CHAD F. KENNEY, JUDGE**