## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALERXI RONDON REYES, | : | CIVIL ACTION |
| *Petitioner* | : | |
| | : | |
| v. | : | |
| | : | |
| J.L. JAMISON, in his official capacity as | : | |
| the Warden of the Federal Detention | : | |
| Center, et al., | : | |
| *Respondent*s. | : | NO. 26-1324 |

### ORDER

**AND NOW**, this **8th** day of **May 2026**, upon review of Petitioner Alerxi Rondon Reyes'

Motion for Reconsideration of this Court's April 9, 2026 Order (ECF No. 16) and Petitioner's

Memorandum of Law in Support of His Motion for Reconsideration (ECF No. 17), it is hereby

**ORDERED** that the Respondents shall respond to the Motion for Reconsideration (ECF No. 16)

on or before **May 15, 2026**.

BY THE COURT:

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**