**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ALERXI RONDON REYES,** | : | **CIVIL ACTION** |
| *Petitioner* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **J.L. JAMISON, in his official capacity as** | : | |
| **the Warden of the Federal Detention** | : | |
| **Center, et al.,** | : | |
| *Respondent*s. | : | **NO. 26-1324** |

## ORDER

**AND NOW**, this **1st** day of **June 2026**, upon review of Petitioner's Motion for Reconsideration of this Court's Order Denying his Petition for a Writ of Habeas Corpus (ECF No. 16), Petitioner's Memorandum of Law in Support of His Motion for Reconsideration (ECF No. 17), Exhibit C to Petitioner's Motion for Reconsideration (ECF No. 20), Respondents' Opposition to Petitioner's Motion for Reconsideration (ECF No. 22), Petitioner's Reply in Support of His Motion for Reconsideration (ECF No. 23), Exhibit F to Petitioner's Motion for Reconsideration (ECF No. 25), and the docket, and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that the Motion for Reconsideration (ECF No. 16) is **DENIED**.

BY THE COURT:

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**